EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**     EXHIBIT 1

## DISMISSAL AND NOTICE OF RIGHTS

**To:** John A. Darge, Sr.
c/o Cass Casper
TALON LAW, LLC
79 West Monroe Street
Suite 1213
Chicago, IL 60603

**From:** Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-02316 | Alison Fisher, Investigator | (312) 872-9654 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman, District Director     11/12/19 (Date Mailed)

Enclosures(s)

cc: **OFFICE OF THE SHERIFF COOK COUNTY**
c/o Katherine Christy
Assistant General Counsel
50 West Washington Street
Room 704
Chicago, IL 60602

RECEIVED EEOC
NOV 27 2019
CHICAGO DISTRICT OFFICE

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br># | AGENCY<br>[X] IDHR<br>[X] EEOC | CHARGE NUMBER<br>440-2019-02316 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>John Darge | TELEPHONE NUMBER (include area code)<br><br>(708) 254-5505 | |
|---|---|---|
| STREET ADDRESS<br><br>224 Bluegrass Drive | CITY, STATE, ZIP CODE<br><br>Schererville, Indiana 46375 | DATE OF BIRTH<br><br>5/5/1969 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Sheriff of Cook County, Thomas J. Dart | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>(312) 603-6444 |
|---|---|---|
| STREET ADDRESS<br><br>50 West Washington Street, Room 704 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60602 | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Reverse Discrimination (White); Sexual Orientation Discrimination based on Perceived Sexuality | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>August 15, 2018 and continuing<br>[X] CONTINUING ACTION |

S E E   A T T A C H E D

RECEIVED EEOC
FEB 07 2019
CHICAGO DISTRICT OFFICE

Page 1 of 4

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 4 DAY OF February, 2019<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CASS THOMAS CASPER<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>My Commission Expires March 7, 2021<br><br>NOTARY STAMP | X _____  04FEB19<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## CHARGE AGAINST EMPLOYER

1. I have been subjected to reverse race discrimination because of my race (White/Caucasian) and to sexual orientation stereotyping through comments about my perceived sexuality on occasions since on or about August 15, 2018 and continuing thereafter.

2. The reverse race discrimination is occurring in the assignments of vehicles, zones, work tools, paper bundles, delivery routes, equipment, time-off distribution, and assignment of partners. Specifically, at the Markham Civil Process Unit such matters have been assigned on a more favorable basis to Black/African-American officers, than to white officers.

3. In addition, on occasions since August 15, 2018, I have subjected to hostile and insensitive remarks by supervisors (such as Sergeant Willie Woods), including references that I am homosexual, that I appear homosexual, and that my clothing (shorts) makes me look gay, all in a demeaning and cruel manner. I have reported this conduct to the Sheriff's Office of Professional Review.

4. I am suffering distress, sadness, anxiety, and humiliation as a result of the foregoing matters.

5. I believe my rights have been violated under Title VII, the Illinois Human Rights Act, and Cook County and Chicago Human Rights ordinances, based on reverse race discrimination and sexual orientation stereotyping.

EXHIBIT 1



CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
230 S. DEARBORN, SUITE 1866
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS

U.S. POSTAGE » PITNEY BOWES
ZIP 60604 $ 000.55⁰
02 4W
0000361500 DEC 02 2019